# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 4, 2011

No. 10-30131

Lyle W. Cayce
Clerk

SJD-CC, L.L.C.,

Plaintiff - Appellant

v.

MARSH USA, INC., doing business as Marsh USA Risk Services;
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendants - Appellees

*consolidated with*

No. 10-30605

SJD-CC, L.L.C.,

Plaintiff - Appellant

v.

MARSH USA, INC., doing business as Marsh USA Risk Services;
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendants - Appellees

Appeals from the United States District Court
for the Eastern District of Louisiana
District Court Docket No. 2:06-cv-09903

No. 10-30131 & 10-30605

Before JOLLY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

In this consolidated appeal, SJD-CC, L.L.C. challenges the judgment of the district court granting a partial summary judgment and judgment on a jury verdict. It also challenges the award of costs to Travelers Indemnity Company of Connecticut, the prevailing party.[1] We have carefully considered the record below, the briefs of the parties, and the oral arguments presented to this court. We conclude that no error warranting reversal was committed by the district court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] Defendant Marsh USA was not a party to this appeal.